ANNA LOTT, PETITIONER–APPELLANT, v. WILLIAM LOTT, DEFENDANT–RESPONDENT.

Argued January 17, 1949—Decided January 24, 1949.

*Mr. S. Sidney Silver* argued the cause for the petitioner-appellant.

*Mr. Charles M. Grosman* argued the cause for the defendant-respondent (*Messrs. Robert D.* and *Charles M. Grosman,* attorneys).

PER CURIAM. We concur in the conclusion reached in the court below that the appellant failed to prove and corroborate the allegations of her petition. The decree is accordingly affirmed.

*For affirmance:* Chief Justice VANDERBILT, and Justices CASE, HEHER, WACHENFELD, BURLING, and ACKERSON—6.

*For reversal:* None.